No. 116. GRAYSON ET AL. *v.* HARRIS ET AL. See *ante,* p. 555.

No. 133. THE CHESAPEAKE AND OHIO RY. Co. *v.* STAPLETON. October 8, 1928. Petition for writ of certiorari to the Court of Appeals of the State of Kentucky granted. *Mr. LeWright Browning* for petitioner. *Mr. George B. Martin* for respondent.

No. 155. RICE AND ADAMS CORP. *v.* LATHROP. October 8, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Charles J. Staples* and *Wm. P. Conley* for petitioner. *Mr. Joshua R. H. Potts* for respondent.

No. 160. THE VIRGINIAN RY. Co. *v.* KIRK. October 8, 1928. Petition for writ of certiorari to the Supreme Court of the State of West Virginia granted. *Messrs. W. H. T. Loyall* and *H. T. Hall* for petitioner. *Messrs. Wm. Cody Fletcher* and *John R. Pendleton* for respondent. See *ante,* p. 582.

No. 164. COUNTY OF SPOKANE ET AL. *v.* UNITED STATES. October 8, 1928. Petition for writ of certiorari to the Supreme Court of the State of Washington granted. *Messrs. Charles W. Greenough* and *A. O. Colburn* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Mabel Walker Willebrandt,* and *Mr. J. Louis Monarch* for the United States.